UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MIKHAIL LEONIDOVICH VASERMAN,

      Plaintiff,

      v.                                  Case No. 20-C-330

ANDREW M. SAUL,
Commissioner of Social Security,

      Defendant.

---

## ORDER

---

Plaintiff Mikhail Leonidovich Vaserman filed a complaint seeking review of the decision of the Commissioner of Social Security on March 2, 2020. On May 18, 2020, Defendant filed a motion to stay proceedings in the case until such time as the Agency regains the capacity to produce the certified administrative record necessary to answer and adjudicate the case. Defendant explained that, because the Social Security Administration's staff members are teleworking to protect employee health and prevent further spread of COVID-19, the Agency is unable to prepare and produce the administrative record that is required to adjudicate the case under Sections 205(g) and (h) of the Social Security Act. The court granted Defendant's motion to stay on May 20, 2020. Defendant filed a status report on June 19, 2020, indicating that the certified administrative record is not complete. The court continued the stay and ordered another status report if the transcript is not produced by August 6, 2020. This matter comes before the court on Plaintiff's motion requesting that the court deny the stay and proceed with the case.

Plaintiff's motion will be denied. The court cautions Defendant, however, that while the court appreciates that it may be difficult to produce the administrative record in the current

environment, the stay cannot continue indefinitely. Best efforts should be used to produce the administrative record by August 6, 2020, so that Plaintiff's case can proceed to resolution.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to dismiss Defendant's motion for stay of proceedings (Dkt. No. 17) is **DENIED**.

Dated at Green Bay, Wisconsin this 25th day of June, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court
